Louis Kaplan, Doing Business as National Show Case Company, Appellant, v. E. G. Potter Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred,

Max Charles Kaufman, Respondent, v. John C. Wiarda & Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Maria Kraemer, Plaintiff, v. Virginia Rosasco and Others, Defendants, Impleaded with Frank Aiello and Joseph Calvosa, Appellants. Adelaide B. Roberts, Purchaser, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Burr and Rich, JJ., concurred; Miller, J., dissented.

Elizabeth Lauter, an Infant, by Joseph Lauter, Her Guardian ad Litem, Respondent, v. American Tobacco Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Lionel H. Leadam, Assignee of Albert Wisner, Respondent, v. Iron Clad Manufacturing Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Mary A. Lewis, Respondent, v. Elmsford Real Estate Company, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Elia Liguori, Respondent, v. American Railway Traffic Company, Appellant. — Order modified so as to provide that the motion to amend be granted upon payment of all costs after the service of the answer, including ten dollars costs of the motion, and as so modified affirmed, without costs. (*Woolsey* v. *Brooklyn Heights R. R. Co.*, 129 App. Div. 410.) Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Herman G. Loew, Appellant, v. Elizabeth S. White, Respondent.— Order of the Municipal Court in so far as appealed from affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Marion H. Mapelsden and Herbert S. Ogden, Executors, etc., of Reuben Mapelsden, Deceased, Respondents, v. Nassau Electric Railroad Company and Brooklyn Heights Railroad Company, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Rosalynde De Lima Mayer, Respondent, v. Cyrus P. Jones and Others, Defendants, Impleaded with William R. Smith, Appellant. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Rosalynde De Lima Mayer, Respondent, v. Cyrus P. Jones and Others, Defendants, Impleaded with William R. Smith, Appellant. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Mame I. McKelvey, Appellant, v. Theodore Laue, Respondent.— We think